**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| ESA Management, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Tufo Associates, Inc., et al., <br><br> Defendants. | CV 02-0424-PHX-PGR <br><br><br> **ORDER** |

This matter having come before the Court on Brooks Hersey Associates, Inc.("Brooks Hersey") Motion for Summary Judgment, and the parties having had an opportunity to plead and argue the matter, the Court finds that, for the reasons set forth in this Court's Order dated March 25, 2005, that Brooks Hersey is entitled to judgment as a matter of law.

Furthermore, after pleading Brooks Hersey's Application for Attorneys Fees (Doc. 455), following this Court's grant of Brooks Hersey's Motion for Summary Judgment on March 25, 2005, this Court finds that Brooks Hersey is entitled to an award of its attorneys'

fees in the amount of $12,149.54, for the reasons set forth in this Court's Order filed February 23, 2006.

Brooks Hersey having prevailed on its Motion for Summary Judgment, and good cause appearing therefore, the Court concludes that there is no just reason to delay entry of judgment in favor of Brooks Hersey. Accordingly,

IT IS ORDERED that judgment be entered in favor of Brooks Hersey Associates, Inc. and against Third-Party Plaintiff Tufo Associates, Inc.

DATED this 28th day of March, 2006.

Paul G. Rosenblatt
United States District Judge

- 2 -