**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| ESA Management, Inc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Tufo Associates, Inc., et al., <br><br> Defendants. | CV 02-0424-PHX-PGR <br><br> **ORDER** |

This matter having come before the Court on Cella Barr Associates, Inc.'s ("Cella Barr") Motion for Summary Judgment, and the parties having had an opportunity to plead and argue the matter, the Court finds that, for the reasons set forth in this Court's Order dated March 25, 2005, that Cella Barr is entitled to judgment as a matter of law.

Furthermore, after pleading Cella Barr's Application for Attorneys Fees (Doc. 453), following this Court's grant of Cella Barr's Motion for Summary Judgment on March 25, 2005, this Court finds that Cella Barr is entitled to an award of its attorneys' fees in the amount of $12,851.23, for the reasons set forth in this Court's Order filed February 23, 2006.

Cella Barr having prevailed on its Motion for Summary Judgment, and good cause appearing therefore, the Court concludes that there is no just reason to delay entry of judgment in favor of Cella Barr. Accordingly,

IT IS ORDERED that judgment be entered in favor of Cella Barr Associates, Inc. and against Third-Party Plaintiff Tufo Associates, Inc.

DATED this 28th day of March, 2006.

Paul G. Rosenblatt
United States District Judge

- 2 -