**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| ESA Management, Inc., et al., | ) | 02-CV-0424-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| Tufo Associates, Inc., et al., | ) | |
| Defendants. | ) | |

This matter having come before the Court on Third-Party Defendant Hook Engineering, Inc.'s ("Hook Engineering") Motion for Summary Judgment, and this Court having considered the parties' respective legal memoranda and Statement of Facts and being fully advised in the premises, and having ruled on Hook Engineering's Motion for Summary Judgment against Third-Party Plaintiff Tufo Associates, Inc. on August 29, 2005, and having found that there is no just reason to delay an entry of final judgment in favor of Hook Engineering,

IT IS ORDERED granting a final judgment in favor of Third-Party Defendant Hook Engineering, Inc. and against Third-Party Plaintiff Tufo Associates, Inc., for attorneys' fees in the amount of $15,874.30; and for costs in the amount of $460.00.

1     IT IS FURTHER ORDERED pursuant to Fed. R. Civ. P. 54(b) that there is no just
2 reason for delay and this final judgment shall be entered immediately.
3     DATED this 28th day of March, 2006.

*[signature]*

Paul G. Rosenblatt
United States District Judge

- 2 -